PEPPER

WILLIAM E. DUFFIN
U.S. MAGISTRATE JUDGE

# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2024 APR 2 P 2:47

CLERK OF COURT

(Full name of plaintiff(s))

DANIEL LEONARD SIEGMANN

v.

(Full name of defendant(s))

DAVID W. FROHLING

DANIELLE J. VAN EGTERN

Case Number:

**24-C-0443**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __WISCONSIN__ and resides at
   (State)

   __W1969 CTY RD N RUBICON 53078__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __DAVID W. FROHLING__
   (Name)

## ADDITIONAL DEFENDANT

A. 3. Defendant <u>Danielle J. Van Egtern</u>

citizen of <u>Wisconsin</u>

resides at <u>101.A S. Harris Ave, Waupun 53963</u>

is (if a person or private corporation) a citizen of _Wisconsin_
(State, if known)

and (if a person) resides at _515 Oak Park Ave, Watertown 53098_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Defendants David Frohling, Chairman of the Dodge County Board of Supervisors, and Danielle J. Van Eg Tern, Dodge County Deputy Clerk, violated my constitutionally protected right of free speech.

On August 8, 2022 Chairman Frohling's Executive Committee met in closed session, making a decision to send me a letter which contained faulty information about me and a strong insistence that I stop informing the public on a matter which concerned all of us. I discovered that this

issue was scheduled to be discussed with the full Board at their August 16, 2022 meeting. I wrote a letter of response to the Executive Committees' letter to correct false statements and false impressions but did not have time to deliver it by mail to the supervisors. I am also a supervisor on the Dodge County Board and was unable to attend the August 16th meeting. I arranged to have a third party, A.J. Schnitzler, deliver my letters to the meeting and distribute it to my fellow-supervisors before the meeting began.

Twenty minutes before the August 16, 2022 meeting was called to order Schnitzler distributed my letters to my fellow-supervisors. Within five minutes after my letters were placed on the supervisors' desks Defendants Frohling and Van Egtern were circulating around the room, taking my letters into their possession and carrying them away before the supervisors could read them. They kept my letters in their possession and from the intended recipients, without my consent and against

my expressed will.

Schnitzler called me when the defendants were taking my letters. I then spoke with Defendant Frohling on Schnitzler's phone, challenging him about his actions, sternly telling him he could not take my letters. They were not his to take and this was my right of free speech. I told him that he had been warned. His response was one of reckless and callous indifference to my constitutional rights. I believe he did not want me to have a chance to exonerate myself from the false statements and false impressions contained in the Executive Committee letter, subject matter which was to be discussed later at that August 16, 2022 meeting.

Most of the above event was caught on video.

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I request an award of $100,000 dollars in punitive damages from Defendant Frohling with the directive that he may no longer hold a leadership position on the Dodge County Board of Supervisors.

I request an award of $10,000 dollars in punitive damages from Defendant Van Eg Tern. She was under the direction of Defendant Frohling, confidently circulating around the room collecting my letters in his perceived authority, but should not have complied.

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __12th__ day of __April__ 20__24__.

Respectfully Submitted,

*Daniel Leonard Siegmann*
Signature of Plaintiff

__920-392-4406__
Plaintiff's Telephone Number

__freeindodge@hotmail.com__
Plaintiff's Email Address

__W1969 Cty Rd N__

__Rubicon WI 53078__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.