UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | August 21, 2025 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 24-cv-443 |
| CASE NAME: | Daniel Siegmann v. David Frohling, *et al.* |
| NATURE OF HEARING: | Motion Hearing |
| APPEARANCES: | Daniel Siegmann – Plaintiff |
| | Dalton Douglas Sjong – Attorney for the defendants |
| | Samuel C. Hall – Attorney for the defendants |
| COURTROOM DEPUTY: | Tony Byal |
| TIME: | 2:04 PM – 3:30 PM |

## AUDIO OF THIS HEARING AT DKT. NO. 31

The court explained that it had scheduled this hearing for an oral ruling on the defendants' motion to dismiss the second amended complaint (Dkt. No. 24). It offered the parties the opportunity to highlight any arguments from their briefs. Plaintiff Daniel Siegmann provided additional argument; the defense declined further argument.

The court then issued a detailed oral ruling granting the defendants' motion to dismiss the second amended complaint with prejudice and explaining its reasoning for doing so. The court advised the parties that although it had the discretion to allow the plaintiff to file a third amended complaint, it was not going to exercise that discretion because the plaintiff had not complied with the court's prior rulings.

At the end of the ruling, the court advised the parties that it would put the recording of the ruling on the docket, and anyone with PACER access could listen to it from their own computers. It explained that if a party wanted the recording on a thumb drive, the party could contact the clerk's office and make that request. If a party wanted a transcript of the hearing and oral ruling, that party could find a transcript order form on the court's website. The court advised the plaintiff of his right to appeal the court's decision.

For reasons stated in detail on the record, the court **GRANTS** the defendants' Motion to Dismiss Second Amended Complaint. Dkt. No. 24.

1

The court **ORDERS** that the complaint, and this case, are **DISMISSED WITH PREJUDICE**.

The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 26th day of August, 2025.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**