UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANIEL SIEGMANN,

    Plaintiff,

v.

DAVID W. FROHLING,
and DANIELLE J VAN EGTERN

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 24-cv-443-pp

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's second amended complaint is **DISMISSED.**

    **THE COURT ORDERS** that the defendant's motion to dismiss the plaintiff's second amended complaint is **GRANTED**.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE.**

    Approved and dated in Milwaukee, Wisconsin this 26th day of August, 2025.

    BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

LINDA M. KLEMM
Clerk of Court

s/ *Justin Dreikosen*
(by) Deputy Clerk